CLARENCE TREMBLEY, Appellant, v. PATRICIA A. PLANTY et al., Respondents.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.